*Wednesday, December 15, 1993*

## MOTION DOCKET

**93–2137.** Harris v. Babcock & Wilcox Co. *Summit County,* No. 16017. On motion for stay. Motion denied.

WRIGHT, RESNICK and PFEIFER, JJ., dissent.

On motions to dismiss appeal, to strike opposition to stay, and to dismiss cross-appeal and motion to strike. Motions denied.

**93–2464.** State v. Economo. *Cuyahoga County,* No. 66408. On motion for stay and release on bail. Motion denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

*Monday, December 20, 1993*

## MISCELLANEOUS DISMISSALS

**93–1622.** Zehman Wolfe Mgt. v. Greenstreet. *Cuyahoga County,* No. 65914. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted.

**93–2011.** Cleveland v. Wirtz. *Cuyahoga County,* No. 62751. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective December 16, 1993.

**93–2141.** Ohio Farmers Ins. Co. v. Binegar. *Montgomery County,* No. 13906. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Montgomery County to certify its record and as a claimed appeal as of right from said court. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective December 16, 1993.

**93–2368.** State ex rel. Hallgath v. Village Council of Bethel, Ohio. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted.

*Tuesday, December 21, 1993*

## MOTION DOCKET

**89–1291.** State v. Sneed. *Stark County,* No. CA–6976. UPON CONSIDERATION of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Stark County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective December 20, 1993.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.